# MINUTE ORDER

Page 11

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**  Date: 8/5/2021  Time: 1:30 p.m.

Defendant: 1) JORGE HERNANDEZ   J#: 02439-506   Case #: 21-MJ-3533-LOUIS

AUSA: Adam Hapner   Attorney: AFPD – Julie Holt

Violation: MDFL/Warr/Indictment/ Conspiracy to PWID five kilo or more of a mixture containing cocaine on board a Vessel Subject to the Jurisdiction of the U.S.   Surr/Arrest Date:   YOB: 1990

Proceeding: Initial Appearance   CJA Appt:

Bond/PTD Held: ○ Yes  ● No   Recommended Bond:

Bond Set at:   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services  
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

**Disposition:**

Defendant consented to appear via video

*Defendant advised of rights and charges*

*Defendant sworn; AFPD appt'd*

***STIP $250K CSB w/Nebbia w/right to revisit (no hrg. held); Court sets***

***Defendant waives removal; Ordered removed to the M/D of Florida***

***\*\*Brady warning given\*\****

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**  Date:   Time:   Judge:   Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 16:49:51   Time in Court: 20 mins

s/Lauren F. Louis   Magistrate Judge