BNDDUTY,INTERPRETER

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: <u>1:21–mj–03533–LFL</u> All Defendants

Case title: USA v. Hernandez et al

Date Filed: 08/05/2021

Other court case number:  21–CR–245–MSS Middle District of Florida

Date Terminated: 08/09/2021

---

Assigned to: Magistrate Judge Lauren Fleischer Louis

**Defendant (1)**

| | | |
|---|---|---|
| **Jorge Hernandez** | represented by | **Noticing FPD–MIA** |
| 02439–506 | | 305–530–7000 |
| *YOB: 1990; Spanish* | | Email: <u>MIA_ECF@FD.org</u> |
| *TERMINATED: 08/05/2021* | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Public Defender Appointment* |

**Pending Counts**                                    **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                 **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                        **Disposition**

MDFL/Warr/Indictment/ Conspiracy to PWID five kilo or more of a mixture containing cocaine on board a Vessel Subject to the Jurisdiction of the U.S.

---

Assigned to: Magistrate Judge Lauren Fleischer Louis

**Defendant (2)**

| | | |
|---|---|---|
| **Tairo Ortega** | represented by | **Jacob Alain Cohen** |
| 02434–506 | | Law Offices of Jacob A. Cohen, PLLC |
| *YOB: 1980; Spanish* | | 750 S. Dixie Highway |
| *TERMINATED: 08/09/2021* | | Boca Raton, FL 33432 |
| | | 561–715–7866 |
| | | Email: Jacob@jacobcohenlaw.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: CJA Appointment* |

**Pending Counts**                                   **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                               **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                                       **Disposition**

MDFL/Warr/Indictment/
Conspiracy to PWID five kilo or
more of a mixture containing
cocaine on board a Vessel Subject to
the Jurisdiction of the U.S.

Assigned to: Magistrate Judge
Lauren Fleischer Louis

**Defendant (3)**

| | | |
|---|---|---|
| **Jose Palma** | represented by | **David Antonio Donet , Jr.** |
| 02436–506 | | Donet, McMillan & Trontz, PA |
| *YOB: 1995; Spanish* | | 3250 Mary Street |
| *TERMINATED: 08/05/2021* | | Suite 406 |
| | | Coconut Grove, FL 33133 |
| | | 305–444–0030 |
| | | Fax: 305–444–0039 |
| | | Email: donet@dmt–law.com |
| | | *LEAD ATTORNEY* |

2

*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| MDFL/Warr/Indictment/ Conspiracy to PWID five kilo or more of a mixture containing cocaine on board a Vessel Subject to the Jurisdiction of the U.S. | |

---

Assigned to: Magistrate Judge
Lauren Fleischer Louis

**Defendant (4)**

| | | |
|---|---|---|
| **Jhon Rodriguez**<br>02438−506<br>*YOB: 1986; Spanish*<br>*TERMINATED: 08/05/2021* | represented by | **Samuel Joseph Rabin , Jr.**<br>Samuel J. Rabin, JR., PA<br>One Southeast Third Avenue<br>Suite 2600<br>Miami, FL 33131<br>305−358−1064<br>Email: sjr@miamilawyer.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |

None

**Highest Offense Level**
**(Terminated)**

None

| **Complaints** | **Disposition** |

MDFL/Warr/Indictment/ Conspiracy
to PWID five kilo or more of a
mixture containing cocaine on board
a Vessel Subject to the Jurisdiction
of the U.S.

---

**Plaintiff**

USA                              represented by   **Noticing AUSA CR TP/SR**
                                                 Email: Usafls.transferprob@usdoj.gov
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/05/2021 | 1 | | Magistrate Removal of Indictment from Middle District of Florida. Case number in the other District 21−CR−245 MSS as to Jorge Hernandez (1), Tairo Ortega (2), Jose Palma (3), Jhon Rodriguez (4). (kss) (Entered: 08/05/2021) |
| 08/05/2021 | 2 | | Minute Order for proceedings held before Magistrate Judge Lauren Fleischer Louis: Initial Appearance as to Jorge Hernandez held on 8/5/2021. Bond recommendation/set: Jorge Hernandez (1) $250,000 Corporate Surety Bond with Nebbia with the right to revisit−NO HEARING HELD. Defendant waives removal; Ordered removed to the Middle District of Florida. Date of Location Custody (Arrest or Surrender): 8/5/2021. Spanish Interpreter present. Attorney added: Noticing FPD−MIA for Jorge Hernandez (Digital D. A. R. 16:49:51)

It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence− that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Lauren Fleischer |

| | | | |
|---|---|---|---|
| | | | Louis on 8/5/2021. (fbn) (Entered: 08/06/2021) |
| 08/05/2021 | 3 | | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Jorge Hernandez. (fbn) (Entered: 08/06/2021) |
| 08/05/2021 | 4 | | Minute Order for proceedings held before Magistrate Judge Lauren Fleischer Louis: Initial Appearance as to Tairo Ortega held on 8/5/2021. Bond recommendation/set: Tairo Ortega (2) $250,000 Corporate Surety Bond with Nebbia with the right to revisit–NO HEARING HELD. Defendant waives removal; Ordered removed to the Middle District of Florida. Date of Location Custody (Arrest or Surrender): 8/5/2021. Spanish Interpreter present. Attorney added: Jacob Alain Cohen for Tairo Ortega for Criminal CJA representation. Date attorney was appointed CJA: 8/5/2021. (Digital D.A.R. 16:49:51)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence– that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Lauren Fleischer Louis on 8/5/2021. (fbn) Modified on 8/6/2021 (fbn). (Entered: 08/06/2021) |
| 08/05/2021 | 5 | | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Tairo Ortega. (fbn) (Entered: 08/06/2021) |
| 08/05/2021 | 6 | | Minute Order for proceedings held before Magistrate Judge Lauren Fleischer Louis: Initial Appearance as to Jose Palma held on 8/5/2021. Bond recommendation/set: Jose Palma (3) $ 250,000 Corporate Surety Bond with Nebbia with a right to revisit– NO HEARING HELD. Defendant waives removal; Ordered removed to the Middle District of Florida. Date of Location Custody (Arrest or Surrender): 8/5/2021. Spanish Interpreter present. Attorney added: David Antonio Donet, Jr for Jose Palma for Criminal CJA representation. Date attorney was appointed CJA: 8/5/2021. (Digital D.A.R. 16:49:51/17:13:44)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence– that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Lauren Fleischer Louis on 8/5/2021. (fbn) (Entered: 08/06/2021) |

| 08/05/2021 | 7 | | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Jose Palma.(fbn) (Entered: 08/06/2021) |
|---|---|---|---|
| 08/05/2021 | 8 | | Minute Order for proceedings held before Magistrate Judge Lauren Fleischer Louis: Initial Appearance as to Jhon Rodriguez held on 8/5/2021. Bond recommendation/set: Jhon Rodriguez (4) $ 250,000 Corporate Surety Bond with Nebbia with a right to revisit– NO HEARING HELD. Defendant waives removal; Ordered removed to the Middle District of Florida. Date of Location Custody (Arrest or Surrender): 8/5/2021. Spanish Interpreter present. Attorney added: Samuel Joseph Rabin, Jr for Jhon Rodriguez for Criminal CJA representation. Date attorney was appointed CJA: 8/5/2021. (Digital D.A.R. 17:13:44)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence– that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Lauren Fleischer Louis on 8/5/2021. (fbn) (Entered: 08/06/2021) |
| 08/05/2021 | 9 | | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Jhon Rodriguez. (fbn) (Entered: 08/06/2021) |
| 08/05/2021 | 10 | | COMMITMENT TO ANOTHER DISTRICT as to Jorge Hernandez. Defendant committed to MIDDLE DISTRICT OF FLORIDA.. Closing Case for Defendant. (Signed by Magistrate Judge Lauren Fleischer Louis on 8/5/2021). *(See attached document for full details).* (at) (Entered: 08/09/2021) |
| 08/05/2021 | 12 | | COMMITMENT TO ANOTHER DISTRICT as to Jose Palma. Defendant committed to MIDDLE DISTRICT OF FLORIDA.. Closing Case for Defendant. (Signed by Magistrate Judge Lauren Fleischer Louis on 8/5/2021). *(See attached document for full details).* (at) (Entered: 08/09/2021) |
| 08/05/2021 | 13 | | COMMITMENT TO ANOTHER DISTRICT as to Jhon Rodriguez. Defendant committed to MIDDLE DISTRICT OF FLORIDA.. Closing Case for Defendant. (Signed by Magistrate Judge Lauren Fleischer Louis on 8/5/2021). *(See attached document for full details).* (at) (Entered: 08/09/2021) |
| 08/09/2021 | 11 | | COMMITMENT TO ANOTHER DISTRICT as to Tairo Ortega. Defendant committed to MIDDLE DISTRICT OF FLORIDA.. Closing Case for Defendant. (Signed by Magistrate Judge Lauren Fleischer Louis on 8/5/2021). *(See attached document for full details).* (at) (Entered: 08/09/2021) |

# 21-MJ-3533-LOUIS

FILED BY **KS** D.C.

**Aug 5, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

'21 JUL 28 PM 4:33

UNITED STATES OF AMERICA

v.

JORGE HERNANDEZ,
TAIRO ORTEGA,
JOSE PALMA, and
JHON RODRIGUEZ

CASE NO. 8:21 cr 245 MSS - SPF

46 U.S.C. §§ 70503(a) and
70506(a) and (b)

## **INDICTMENT**

The Grand Jury charges:

## **COUNT ONE**

Beginning on an unknown date and continuing through on or about July 21, 2021, while upon the high seas and onboard a vessel subject to the jurisdiction of the United States, the defendants,

JORGE HERNANDEZ,
TAIRO ORTEGA,
JOSE PALMA, and
JHON RODRIGUEZ,

did knowingly, willfully, and intentionally combine, conspire, and agree with each other and other persons unknown to the Grand Jury, to possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 46 U.S.C. §§ 70503(a), 70506(a) and (b), and punishable under 21 U.S.C. § 960(b)(1)(B)(ii).

## COUNT TWO

Beginning on an unknown date and continuing through on or about July 21, 2021, while upon the high seas and onboard a vessel subject to the jurisdiction of the United States, the defendants,

JORGE HERNANDEZ,
TAIRO ORTEGA
JOSE PALMA, and
JHON RODRIGUEZ,

did knowingly and intentionally, while aiding and abetting each other and other persons unknown to the Grand Jury, possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 46 U.S.C. §§ 70503(a) and 70506(a), 18 U.S.C. § 2, and punishable under 21 U.S.C. § 960(b)(1)(B)(ii).

## FORFEITURE

1.     The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of 21 U.S.C. §§ 853 and 881, 46 U.S.C. § 70507, and 28 U.S.C. § 2461(c).

2.     Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of 46 U.S.C. § 70503, the defendants,

JORGE HERNANDEZ,
TAIRO ORTEGA
JOSE PALMA, and
JHON RODRIGUEZ,

shall forfeit to the United States, pursuant to 46 U.S.C. § 70507, 21 U.S.C. § 881(a), and 28 U.S.C. § 2461(c), any and all property described in 21 U.S.C. § 881(a)(1) through (11) that was used or intended for use to commit, or facilitate the commission of, such offenses.

3.   Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of 21 U.S.C. § 960, the defendants,

JORGE HERNANDEZ,
TAIRO ORTEGA
JOSE PALMA, and
JHON RODRIGUEZ,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

4.   If any of the property described above, as a result of any act or omission of the defendants:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with a third party;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or,

    e.   has been commingled with other property, which cannot be divided without difficulty;

3

the United States of America shall be entitled to forfeiture of substitute property under the provision of 21 US.C. § 853(p), directly and as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: _____
David J. Pardo
Assistant United States Attorney

By: _____
Joseph K. Ruddy
Assistant United States Attorney
Chief, Transnational Organized Crime Section

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Tampa Division

~~THE UNITED STATES OF AMERICA~~

vs.

JORGE HERNANDEZ,
TAIRO ORTEGA,
JOSE PALMA, and
JHON RODRIGUEZ

### INDICTMENT

Violations:    46 U.S.C. §§ 70503(a) and 70506(a) and (b)

A true bill,

_____
Foreperson

Filed in open court this 28th day

of July 2021.

_____
Clerk

Bail $_____

GPO 863 525

# MINUTE ORDER

Page 11

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**   Date: 8/5/2021   Time: 1:30 p.m.

Defendant:  1)JORGE HERNANDEZ   J#: 02439-506   Case #: 21-MJ-3533-LOUIS

AUSA:   Adam Hapner   Attorney:  AFPD – Julie Holt

Violation: MDFL/Warr/Indictment/ Conspiracy to PWID five kilo or more of a mixture containing cocaine on board a Vessel Subject to the Jurisdiction of the U.S.   Surr/Arrest Date:   YOB: 1990

Proceeding:  Initial Appearance   CJA Appt:

Bond/PTD Held: ◉ Yes   ◎ No   Recommended Bond:

Bond Set at:   Co-signed by:

| | | |
|---|---|---|
| ☐ Surrender and/or do not obtain passports/travel docs | Language: | Spanish |

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as  directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Language:   Spanish

Disposition:
Defendant consented to appear via video

*Defendant advised of rights and charges*

*Defendant sworn; AFPD appt'd*

***STIP $250K CSB w/Nebbia w/right to revisit (no hrg. held); Court sets***

***Defendant waives removal; Ordered removed to the M/D of Florida***

***\*\*Brady warning given\*\****

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 16:49:51   Time in Court:   20 mins

s/Lauren F. Louis   Magistrate Judge

12

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No: 21-MJ-3533-LOUIS

United States of America
     Plaintiff,
  v.

                      Charging District's Case No.  21-cr-245-MSS

JORGE HERNANDEZ,
     Defendant.
_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **Middle District of Florida.**

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)    an identity hearing to determine whether I am the person named in the charges;
(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5)    a hearing on any motion by the government for detention;
(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☐  An identity hearing and production of the warrant.

☐  A preliminary hearing.

☐  A detention hearing in the Southern District of Florida.

☑  An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

                                   *In court*
                         _____
                         Defendant's Signature

Date: 8/5/2021

                         _____
                         Lauren F. Louis
                         United States Magistrate Judge

# MINUTE ORDER

Page 12

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**     Date: 8/5/2021     Time: 1:30 p.m.

Defendant:  2)TAIRO ORTEGA     J#: 02434-506     Case #: 21-MJ-3533-LOUIS

AUSA:  Adam Hapner     Attorney:

Violation:  MDFL/Warr/Indictment/ Conspiracy to PWID five kilo
or more of a mixture containing cocaine on board a     Surr/Arrest Date:     YOB: 1980
Vessel Subject to the Jurisdiction of the U.S.

Proceeding:  Initial Appearance     *CJA Appt:*  *Jacob Cohen, Esq.*

Bond/PTD Held: ☒ Yes  ☐ No     Recommended Bond:

Bond Set at:     Co-signed by:

☒ Surrender and/or do not obtain passports/travel docs     Language:  Spanish

☒ Report to PTS as  directed/or _____ x's a week/month by
phone: _____ x's a week/month in person

☒ Random urine testing by Pretrial
Services
Treatment as deemed necessary

☒ Refrain from excessive use of alcohol

☒ Participate in mental health assessment & treatment

☒ Maintain or seek full-time employment/education

☒ No contact with victims/witnesses, except through counsel

☒ No firearms

☒ Not to encumber property

☒ May not visit transportation establishments

☒ Home Confinement/Electronic Monitoring and/or
Curfew _____ pm to _____ am, paid by _____

☒ Allowances: Medical needs, court appearances, attorney visits,
religious, employment

☒ Travel extended to: _____

☒ Other:

| Disposition: |
| --- |
| Defendant consented to appear via video |
| |
| *Defendant advised of rights and charges* |
| |
| *Defendant sworn; CJA counsel appt'd* |
| |
| *STIP $250K CSB w/Nebbia w/right to revisit (no hrg. held); Court sets* |
| |
| ***Defendant waives removal; Ordered removed to the M/D of Florida*** |
| \*\*Brady warning given\*\* |
| Time from today to _____ excluded from Speedy Trial Clock |

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
| --- | --- | --- | --- | --- |
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R.  16:49:51     Time in Court:  20 mins

s/Lauren F. Louis     Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Case No: 21-MJ-3533-LOUIS

United States of America
     Plaintiff,
   v.

                                Charging District's Case No.  21-cr-245-MSS

TAIRO ORTEGA,
     Defendant.
_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **Middle District of Florida.**

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)    a hearing on any motion by the government for detention;

(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☐  An identity hearing and production of the warrant.

☐  A preliminary hearing.

☐  A detention hearing in the Southern District of Florida.

☒  An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 8/5/2021

_____
Defendant's Signature

_____
Lauren F. Louis
United States Magistrate Judge

# MINUTE ORDER

Page 13

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**          Date: 8/5/2021     Time: 1:30 p.m.

Defendant:  3)JOSE PALMA          J#: 02436-506     Case #:  21-MJ-3533-LOUIS

AUSA:  Adam Hapner          Attorney:

Violation:  MDFL/Warr/Indictment/ Conspiracy to PWID five kilo or more of a mixture containing cocaine on board a Vessel Subject to the Jurisdiction of the U.S.          Surr/Arrest Date:     YOB: 1995

Proceeding:  Initial Appearance          **CJA Appt:  David Donet, Jr., Esq.**

Bond/PTD Held: ⊙ Yes  ⊙ No     Recommended Bond:

Bond Set at:          Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs          Language:   Spanish

☐ Report to PTS as  directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____

Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Disposition:

*Defendant consented to appear via video*

*Defendant advised of rights and charges*

*Defendant sworn; CJA counsel appointed*

*STIP $250K CSB w/Nebbia w/right to revisit (no hrg. held); Court sets*

*Defendant waives removal; Ordered removed to the M/D of Florida*

*\*\*Brady warning given\*\**

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**     Date:          Time:          Judge:          Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R.   16:49:51/17:13:44          Time in Court:   20 mins

s/Lauren F. Louis          Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No: 21-MJ-3533-LOUIS

United States of America
     Plaintiff,
    v.

Charging District's Case No. 21-cr-245-MSS

JOSE PALMA,
    Defendant.
_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **Middle District of Florida.**

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)    an identity hearing to determine whether I am the person named in the charges;
(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5)    a hearing on any motion by the government for detention;
(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☐  An identity hearing and production of the warrant.

☐  A preliminary hearing.

☐  A detention hearing in the Southern District of Florida.

☒  An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 8/5/2021

_____M cont_____
Defendant's Signature

_____
Lauren F. Louis
United States Magistrate Judge

# MINUTE ORDER

Page 14

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**        Date: 8/5/2021    Time: 1:30 p.m.

Defendant:  4)JHON RODRIGUEZ        J#: 02438-506    Case #: 21-MJ-3533-LOUIS

AUSA:  Adam Hapner        Attorney:

Violation:  MDFL/Warr/Indictment/ Conspiracy to PWID five kilo or more of a mixture containing cocaine on board a Vessel Subject to the Jurisdiction of the U.S.        Surr/Arrest Date:    YOB: 1986

Proceeding:  Initial Appearance        *CJA Appt:  Sam Rabin, Esq.*

Bond/PTD Held: ○ Yes  ○ No        Recommended Bond:

Bond Set at:        Co-signed by:

| | | |
|---|---|---|
| ☐ | Surrender and/or do not obtain passports/travel docs | Language:   Spanish |

| | |
|---|---|
| ☐ | Report to PTS as  directed/ _____ x's a week/month by phone: _____ x's a week/month in person |
| ☐ | Random urine testing by Pretrial Services |
| | Treatment as deemed necessary |
| ☐ | Refrain from excessive use of alcohol |
| ☐ | Participate in mental health assessment & treatment |
| ☐ | Maintain or seek full-time employment/education |
| ☐ | No contact with victims/witnesses, except through counsel |
| ☐ | No firearms |
| ☐ | Not to encumber property |
| ☐ | May not visit transportation establishments |
| ☐ | Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____ |
| ☐ | Allowances: Medical needs, court appearances, attorney visits, religious, employment |
| ☐ | Travel extended to: |
| ☐ | Other: |

Disposition:

*Defendant consented to appear via video*

*Defendant advised of rights and charges*

*Defendant sworn; CJA counsel appointed*

*STIP $250K CSB w/Nebbia w/right to revisit (no hrg. held); Court sets*

*Defendant waives removal; Ordered removed to the M/D of Florida*

***Brady warning given***

Time from today to _____ excluded from Speedy Trial Clock

---

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R.  17:13:44        Time in Court:  20 mins

s/Lauren F. Louis        Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No: 21-MJ-3533-LOUIS

United States of America
    Plaintiff,
    v.

                    Charging District's Case No. 21-cr-245-MSS

JHON RODRIGUEZ,
    Defendant.
_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **Middle District of Florida.**

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)    a hearing on any motion by the government for detention;

(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☐ An identity hearing and production of the warrant.

☐ A preliminary hearing.

☐ A detention hearing in the Southern District of Florida.

☒ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 8/5/2021

_____
Defendant's Signature

_____
Lauren F. Louis
United States Magistrate Judge

# United States District Court
## Southern District of Florida
Case No. 21-MJ-3533-LOUIS

UNITED STATES OF AMERICA,

v.

Charging District's Case No. 21-cr-245-MSS

JORGE HERNANDEZ,
(USM# 02439-506)
_____/

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Middle District of Florida.

_____ AFPD **was appointed to represent**

**Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 8/5/2021.

Lauren F. Louis
United States Magistrate Judge

# United States District Court
## Southern District of Florida
Case No. 21-MJ-3533-LOUIS

UNITED STATES OF AMERICA,

    v.

                                  Charging District's Case No. 21-cr-245-MSS

TAIRO ORTEGA,
(USM# 02434-506)
_____/

### COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Middle District of Florida.

_____ JACOB COHEN (CJA) **was**

**appointed to represent Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 8/5/2021.

_____

Lauren F. Louis
United States Magistrate Judge

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

# United States District Court
## Southern District of Florida
Case No. 21-MJ-3533-LOUIS

UNITED STATES OF AMERICA,

v.

Charging District's Case No. 21-cr-245-MSS

JHON RODRIGUEZ,
(USM# 02438-506)

_____/

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Middle District of Florida.

_____  SAM   RABIN   (CJA)   **was**

**appointed to represent Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 8/5/2021.

_____
Lauren F. Louis
United States Magistrate Judge