UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   21-3533-MJ-LOUIS

UNITED STATES OF AMERICA,

    Plaintiff,
v.

JORGE HERNANDEZ

    Defendant.
_____/

## DEFENDANT'S INVOCATION OF RIGHTS TO SILENCE AND COUNSEL

The defendant named above does hereby invoke his or her rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The Defendant requests that the United States Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated

with the investigation of any matters relating to the defendant. Any contact with the Defendant must be made through the defendant's lawyer, undersigned counsel.

                              Respectfully Submitted,

                              MICHAEL CARUSO
                              FEDERAL PUBLIC DEFENDER

                              By: _s/Julie Holt_____
                                    Julie Holt
                                    Assistant Federal Public Defender
                                    Florida Bar No.   95997
                                    150 W. Flagler Street, Suite 1700
                                    Miami, Florida   33130
                                    Tel: 305-530-7000/Fax: 305-536-4559
                                    E-Mail Address: julie_holt@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **August 9, 2021**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Julie Holt
                                                Julie Holt